# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Ijeoma M.C.,

Petitioner,

v.

Todd Blanche, *Acting United States Attorney General;* Markwayne Mullin, *Secretary, U.S. Department of Homeland Security*; David J. Venturella, *Acting Director, U.S. Immigration & Customs Enforcement*; Marco Charles, *Acting Executive Associate Director, Enforcement and Removal Operations*; Joel Brott, *Sheriff, Sherburne County Jail*,

Respondents.

Case No. 26-cv-3168 (JWB/DJF)

**ORDER**

IT IS HEREBY ORDERED THAT:

1. Respondents are directed to file an answer to Petitioner Ijeoma M.C.'s Petition for Writ of Habeas Corpus (ECF No. 1) by no later than **July 13, 2026**, certifying the true cause and proper duration of Petitioner's confinement and showing cause why the writ should not be granted in this case.

2. Respondents' answer should include:

    a. Such affidavits and exhibits as are needed to establish the lawfulness and correct duration of Petitioner's detention in light of the issues raised in the habeas petition, including a copy of any administrative or judicial warrant(s) for Petitioner's arrest;

    b. A reasoned memorandum of law and fact explaining Respondents' legal position on Petitioner's claims; and

c. Respondents' recommendation on whether an evidentiary hearing should be conducted.

3. If Petitioner intends to file a reply to Respondents' answer, he must do so by no later than **July 20, 2026**. Thereafter, no further submissions from either party will be permitted, except as authorized by Court order.

Dated: July 6, 2026

*s/ Dulce J. Foster*
Dulce J. Foster
United States Magistrate Judge